

**NUMBER 13-12-00529-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**RASHANDA DENISE ANDERSON,**                         **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                       **Appellee.**

**On appeal from the 36th District Court
of San Patricio County, Texas.**

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

Appellant, Rashanda Denise Anderson, by and through her attorney, has filed a motion to dismiss his appeal because she no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be

entertained, and our mandate will issue forthwith.   Appellant counsel's motion to withdraw as counsel is hereby GRANTED.


                                                                    PER CURIAM

Do not publish.   *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the 17th
day of January, 2013.